IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SHERMAN ALAN TURNER,          ) | |
|             Movant,          ) | |
| ) | Criminal No. 1:09-cr-156 |
| ) | Civil No. 1:15-cv-1061 |
| v.          ) | Hon. Gerald B. Lee |
| ) | |
| UNITED STATES OF AMERICA,          ) | |
|             Respondent.          ) | |

GOVERNMENT'S RESPONSE AND NON-OPPOSITION TO
TURNER'S MOTION UNDER 28 U.S.C. § 2255

Mr. Turner has a meritorious claims that his ACCA status and sentence necessarily depended on a prior residual clause conviction, which was invalidated by *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015). The government accordingly agrees to initial Section 2255 relief from his sentence. In light of the length of time Mr. Turner has already served, the government recommends re-sentencing him to time served and release from incarceration, with any period of supervised release that the court deems appropriate.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:        /s/
Katherine A. Smith
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3966
Fax: (703) 299-3980
Katherine.A.Smith@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on September 1, 2015, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to:

      Todd Richman, Esq.
      Office of the Federal Public Defender
      1650 King Street, Suite 500
      Alexandria, VA 22314
      Phone: (703) 600-0800
      Email: Todd_Richman@fd.org

                    /s/
                Katherine A. Smith
                Special Assistant United States Attorney
                United States Attorney's Office
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Phone: (703) 299-3966
                Fax: (703) 299-3980
                Katherine.A.Smith@usdoj.gov